MURRAY ANDERSON v. ROBERT HATRAK.

June 27, 1978. Petition for certification denied.

CHRISTIAN RODGERS v. JOHN D. GUTH.

June 27, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ENRIQUE MALDONADO.

June 27, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
ARTHUR V. WEISSE, DECEASED.

June 27, 1978. Petition for certification denied.

COUNTY OF BERGEN v. BOROUGH OF PARAMUS.

June 27, 1978. Petition for certification granted. (See 158 *N. J. Super.* 512)

STATE OF NEW JERSEY v. ANDREW J. MOSLEY.

June 27, 1978. Petition for certification denied.